MICHIGAN SAVINGS BANK, Respondent, *v.* COY, HUNT & CO., Appellant.

*Michigan Savings Bank* v. *Coy, Hunt & Co.*, 111 App. Div. 914, affirmed.
(Argued November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment, entered February 10, 1906, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict in an action by an assignee to recover the price of goods alleged to have been sold and delivered.

*T. M. Tyng* and *Edward D. Dowling* for appellant.

*Benjamin F. Blair* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.

---

MICHIGAN SAVINGS BANK, Respondent, *v.* CHARLES F. HUBBS, Appellant.

*Michigan Savings Bank* v. *Hubbs*, 111 App. Div. 915, affirmed.
(Argued November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment, entered February 10, 1906, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict in an action by an assignee to recover the price of goods alleged to have been sold and delivered.

*T. M. Tyng* and *Edward D. Dowling* for appellant.

*Benjamin F. Blair* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.

---

ARTHUR C. JACOBSON et al., Comprising the Partnership of ARTHUR C. JACOBSON & SON, Appellants, *v.* HENRY S. STONE, Respondent.

*Jacobson* v. *Stone*, 110 App. Div. 919, affirmed.
(Submitted November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action by materialmen to recover upon an order made by a contractor and accepted by the owner of a building in course of erection.

*Hector M. Hitchings* for appellants.

*Thomas E. Pearsall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J. Absent: O'BRIEN, J.

---

BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent and Appellant, *v.* JOHN CARSTENSEN, Appellant and Respondent.

*Buffalo Loan, T. & S. D. Co.* v. *Carstensen*, 107 App. Div. 128, affirmed.
(Argued December 3, 1906; decided December 18, 1906.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,